**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Nancy L. Kerr** | Social Security number or ITIN  **xxx–xx–3143** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:  **18–22814–GLT** | | |

# Order of Discharge                                                                                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Nancy L. Kerr

10/31/18                                                                            **By the court:**   Gregory L. Taddonio
                                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                 Case No. 18-22814-GLT
Nancy L. Kerr                                                          Chapter 7
             Debtor                    CERTIFICATE OF NOTICE
District/off: 0315-2          User: admin                Page 1 of 2                  Date Rcvd: Oct 31, 2018
                              Form ID: 318               Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2018.
db             +Nancy L. Kerr,    900 Ninth Avenue,    Irwin, PA 15642-3710
14880632       +20/20 Surgery Center,    516 Pellis Road,    Greensburg, PA 15601-4592
14880633       +Allegheny Health Network,    P.O. Box 645266,    Pittsburgh, PA 15264-5250
14880636       +CBCS,   P.O. Box 2724,   Columbus, OH 43216-2724
14880637       +Chestnut Hill - Irwin,    8775 Norwin Avenue,    Suite 100,   North Huntingdon, PA 15642-7705
14880640       +Dental Denture Pgh.,    8700 Pennsylvania Avenue,    North Huntingdon, PA 15642-2762
14880641       +Eichelberger & Sons,    Heating/Air Conditioning,    10321 Center Highway,
                 North Huntingdon, PA 15642-2077
14880643       +Hartman Ophthalmic Associates,    516 Pellis Road,    Greensburg, PA 15601-4592
14880644       +Irwin Eye Care,    511 Main Street,   Irwin, PA 15642-3404
14880645        Johnston The Florist,    14179 Lincoln Way,    North Huntingdon, PA 15642
14880648       +LVNV Funding LLC,    c/o Ralph Gulko, Esquire,    Pressler and Pressler, LLP,    7 Entin Road,
                 Parsippany, NJ 07054-5020
14880649       +Mr. Cooper,   P.O. Box 650783,    Dallas, TX 75265-0783
14880650       +Northland Group,    P.O. Box 390905,   Minneapolis, MN 55439-0905
14880651       +Norwin Dental Irwin,    10261 Center Highway,    Irwin, PA 15642-2096
14880652       +Receivables Outsourcing, LLC,    P.O. Box 549,    Timonium, MD 21094-0549
14880655       +SYNCB/QVC,    c/o Gregg L. Morris, Esquire,    Patenaude & Felix, A.P.C.,
                 4545 Murphy Canyon Road, 3rd Floor,    San Diego, CA 92123-4363
14880654       +State Collection Service Inc.,    2509 S. Stoughton Road,    Madison, WI 53716-3314
14880659       +UPMC Health Services,    P.O. Box 371472,   Pittsburgh, PA 15250-7472
14880660        Walter J. Bechtell, DMD,    558 Harrison City Road,    Trafford, PA 15085
14880661       +Weltman, Weinberg & Reis Co., LPA,    436 7th Avenue,    Suite 2500,   Pittsburgh, PA 15219-1842
14880662       +Westmoreland Hospital,    Cashier,   134 Industrial Park Road,    Suite 2400,
                 Greensburg, PA 15601-7848

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 01 2018 03:13:54      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
14880634       +EDI: BANKAMER.COM Nov 01 2018 06:38:00      Bank of America,    P.O. Box 31785,
                 Tampa, FL 33631-3785
14880635       +EDI: TSYS2.COM Nov 01 2018 06:38:00      Barclays Bank Delaware,    P.O. Box 8803,
                 Wilmington, DE 19899-8803
14880638       +E-mail/Text: stacy@consumercollection.com Nov 01 2018 03:14:51
                 Consumer Collection Management,    2333 Grissom Drive,    Saint Louis, MO 63146-3322
14880639       +EDI: RCSFNBMARIN.COM Nov 01 2018 06:38:00      Credit One Bank,    P.O. Box 98875,
                 Las Vegas, NV 89193-8875
14880642       +E-mail/Text: bknotice@ercbpo.com Nov 01 2018 03:14:21       ERC,   P.O. Box 57547,
                 Jacksonville, FL 32241-7547
14880646       +EDI: CBSKOHLS.COM Nov 01 2018 06:38:00      Kohl’s Payment Center,    P.O. Box 2983,
                 Milwaukee, WI 53201-2983
14880647       +EDI: CBSKOHLS.COM Nov 01 2018 06:38:00      Kohls/Capone,    P.O. Box 3115,
                 Milwaukee, WI 53201-3115
14881173       +EDI: PRA.COM Nov 01 2018 06:38:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14880653       +EDI: SECONDROUND.COM Nov 01 2018 06:38:00      Second Round,    P.O. Box 41955,
                 Austin, TX 78704-0033
14880656       +EDI: RMSC.COM Nov 01 2018 06:38:00      Synchrony Bank/Care Credit,    P.O. Box 965036,
                 Orlando, FL 32896-5036
14880657       +EDI: WTRRNBANK.COM Nov 01 2018 06:38:00      TD Bank/Target Credit,    P.O. Box 673,
                 Minneapolis, MN 55440-0673
14880658       +E-mail/Text: bankruptcydepartment@tsico.com Nov 01 2018 03:15:02       Transworld Systems Inc.,
                 P.O. Box 15273,    Wilmington, DE 19850-5273
                                                                                               TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                    TOTALS: 1, * 1, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2           User: admin              Page 2 of 2               Date Rcvd: Oct 31, 2018
                               Form ID: 318             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2018 at the address(es) listed below:
              Charles O. Zebley, Jr.    on behalf of Trustee Charles O. Zebley, Jr. COZ@Zeblaw.com,
               PA67@ecfcbis.com;Lyndie@Zeblaw.com
              Charles O. Zebley, Jr.    COZ@Zeblaw.com,  PA67@ecfcbis.com;Lyndie@Zeblaw.com
              James Warmbrodt    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Maureen Kroll    on behalf of Debtor Nancy L. Kerr maureen@mkroll.comcastbiz.net,
               lisa@mkroll.comcastbiz.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                             TOTAL: 5
```